# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY JONES, | : | |
| Petitioner, | : | |
| v. | : | No. 4:16-CV-1741 |
| BRENDA TRITT, | : | (Judge Brann) |
| Respondent. | : | |

## ORDER

**AND NOW**, this 24th day of January 2019, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner's motion (Doc. 12) seeking consideration of attached exhibits is **GRANTED**.

2. The petition for writ of habeas corpus is **DISMISSED** for failure to exhaust state remedies.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

                                          BY THE COURT:

                                          *s/ Matthew W. Brann*
                                          Matthew W. Brann
                                          United States District Judge